```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

CLASSROOMDIRECT.COM, LLC,      }
                               }
     Plaintiff,                }
                               }    CIVIL ACTION NO.
v.                             }    05-AR-0853-S
                               }
RE-PRINT/DRAPHIX, LLC,         }
                               }
     Defendant.                }
```

**ORDER**

In view of the settlement and release agreement executed by and between the parties, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 12th day of July, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE