FILED
2006 Aug-11  AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLASSROOMDIRECT.COM, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CV-05-AR-0853-S** |
| ) | |
| **RE-PRINT/DRAPHIX, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### OBJECTION AND RESPONSE TO MOTION TO SET TIME FOR REPLY

Re-Print/Draphix, LLC ("Re-Print"), hereby submits the following objection and response to the motion by ClassroomDirect.com, LLC ("Classroom Direct") to set time for a reply submission in connection with its motion to set aside the judgment of the Court dated July 12, 2005 (Doc # 33), dismissing this action with prejudice, as affirmed by the Court's order dated August 30, 2005 (Doc. # 47).

Re-Print respectfully submits that sufficient information is now before the Court for disposition of Classroom Direct's Rule 60(b) motion. Insofar as outstanding questions remain, those questions can be addressed directly by the Court through oral argument at its next regularly scheduled motion docket, and then, to the extent necessary, through additional briefing after that time.[1]

---

[1] Should Classroom Direct be permitted the opportunity to further brief its Rule 60(b) motion, Re-Print would ask in fairness that the Court allow a limited sur-reply, to be filed within 7 days and at a length of no more than 10 pages.

Dated: August 11, 2006        /s/ Scott B. Grover

                                         Will Hill Tankersley, Jr.
                                         ASB-5375-A31W
                                         Scott B. Grover
                                         ASB-3661-066G
                                         Attorneys for Defendants
                                         Balch & Bingham LLP
                                         1710 Sixth Avenue North
                                         Birmingham, AL 35023
                                         Telephone: (205) 251-8100
                                         Facsimile:  (205) 488-5872
                                         email: wtankers@balch.com
                                         email: sgrover@balch.com

## CERTIFICATE OF SERVICE

I certify that on August 11, 2006, I electronically filed the foregoing Objection and Response with the Clerk of Court using the CM/ECF system, which will cause service to be effected upon the following:

Paul Sykes
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
psykes@bradleyarant.com

David G. Peterson
Nicholas A. Kees
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202-3590


                                        /s/ Scott B. Grover
                                           Of Counsel